IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PHILADELPHIA CONTRIBUTIONSHIP INSURANCE CO. A/S/O ROSALIA RANDAZZO,<br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>GENERAL ELECTRIC APPLIANCES,<br>　　　　　　Defendant. | Civil No. 5:23-cv-00756-JMG |

## ORDER

**AND NOW,** this 6th day of June, 2023, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is:

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

　　　　　　　　　　　　　　　　　　　George Wylesol
　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:

　　　　　　　　　　　　　　　　　　　*/s/ Brian R. Dixon*
　　　　　　　　　　　　　　　　　　　Brian R. Dixon
　　　　　　　　　　　　　　　　　　　Deputy Clerk to Judge John M. Gallagher